UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROBERT CLEVELAND MITCHELL III,

    Plaintiff,                        Case No. 1:05-cv-203

v.                                    Hon. Gordon J. Quist

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 31, 2006. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 31, 2006, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiffs' (sic) *Ex Parte* Motion for a Preliminary Injunction (Dkt. No. 26) is **DENIED**.

                                                /s/Gordon J. Quist
                                                    GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE

DATED: April 27, 2006